# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-1928

———————————————

RANDY JACKSON,

    Appellant,

    v.

RICKY D. DIXON, Secretary of
Department of Corrections,

    Appellee.

———————————————

On appeal from the Circuit Court for Hamilton County.
Fred L. Koberlein, Jr., Judge.

May 14, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Randy Jackson, pro se, Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.